DISCIPLINARY COUNSEL *v*. FALCONER.

[Cite as *Disciplinary Counsel v. Falconer*, ___ Ohio St.3d ___,

**2021-Ohio-3597.**]

(No. 2020-0227—Submitted October 5, 2021—Decided October 7, 2021.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of a motion to purge contempt and an application for reinstatement by respondent, Christine Lynn Falconer, Attorney Registration No. 0069256, last known business address in Carrollton, Ohio.

{¶ 2} The court coming now to consider its order of August 12, 2021, wherein the court found respondent in contempt of its March 31, 2020 order and suspended her for failing to pay board costs, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that the motion to purge contempt is granted and that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For previous case, see *Disciplinary Counsel v. Falconer*, 160 Ohio St.3d 1208, 2020-Ohio-1194, 153 N.E.3d 126.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

————————————